**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CLAY E. DANIEL<br><br>VIVIAN K. DANIEL<br><br><br>Debtor | ) CHAPTER 13 PROCEEDINGS<br>)<br>) Case No.: 08-09662-TUC-JMM<br>)<br>) **Application for Payment of Unclaimed**<br>) **Funds to the U.S. Bankruptcy Court**<br>)<br>)<br>) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| <u>Check No.</u> | <u>Date Issued</u> | <u>Debtor/Creditor Name and Address</u> | <u>Amount</u> |
|---|---|---|---|
| 206753 | 04/14/2010 | CLAY AND VIVIAN DANIEL<br>3610 S. ALDON RD<br>TRLR 17<br>TUCSON, AZ 85735 | $885.88 |
| | | **Total** | **$885.88** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $885.88 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 11/02/2010

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee